An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT D. SEXTON; AND SONIA L. SEXTON,
Appellants,
vs.
WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF LASALLE COMMERCIAL MORTGAGE SECURITIES, INC. 2006-MF3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-MF3, ACTING BY AND THROUGH HUDSON ADVISORS LLC, AS SPECIAL SERVICER,
Respondent.

No. 62945

FILED

OCT 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in a breach of guaranty action. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Respondent has moved to dismiss this appeal for lack of jurisdiction, asserting that the summary judgment adjudicated liability only, reserving the question of damages for a later date. Respondent also points out that the district court has entered a damages judgment, from which appellants have appealed, in *Sexton v. Wells Fargo Bank*, Docket No. 63132. Appellants oppose the motion, arguing that the summary judgment was final because the district court at that point had left only the ministerial task of entering the monetary judgment. Respondent filed a reply.

13-31594

Having considered the parties' arguments, we conclude that we lack jurisdiction over this appeal, because the summary judgment was an interlocutory order adjudicating liability only, and did not award or otherwise resolve the claim for damages. NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that resolves all of the rights and liabilities of all the parties). Accordingly, we grant the motion and

ORDER this appeal DISMISSED.



_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Scott N. Freeman, District Judge
Wm. Patterson Cashill, Settlement Judge
Gunderson Law Firm
McDonald Carano Wilson LLP/Reno
Washoe District Court Clerk